# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE CORNELIUS,<br><br>    Plaintiff,<br><br>v.<br><br>ASSOCIATED RECOVERY SYSTEMS,<br><br>    Defendant. | Case No.: 2:11-cv-00946-JFW -PJW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 31, 2011

                                      _____
                                      The Honorable Judge
                                      United States District Judge